UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Amelia Gabriel,**

      **Plaintiff,**

**CASE NUMBER: 21-10529**
**HONORABLE VICTORIA A. ROBERTS**
**MAGISTRATE JUDGE GREY**

**v.**

**Commissioner of Social Security Administration,**

      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 1, 2022, Magistrate Judge Grey issued a Report and Recommendation [Doc. 15], recommending that Plaintiff's Motion for Summary Judgment [Doc.10] **GRANTED** and Defendant's Motion for Summary Judgement be [Doc. 13] be **DENIED** and the case be remanded to the ALJ for further proceedings. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation

Plaintiff's motion is **GRANTED**, Defendants motion is **DENIED** and this case is **REMANDED** to the ALJ for further proceedings. Judgment of Remand will enter.

    **ORDERED**.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  May 9, 2022